Form 300b

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **German P. Fernandez** : | Case No. 19−10642−JCM |
| **Theresa A. Fernandez** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| : | Related to Document No. 104 |
| v. : | |
| **No Respondents** : | Hearing Date: 12/17/24 at 10:30 AM |
| *Respondent(s).* : | |

**ORDER SCHEDULING DATE FOR RESPONSE**
**AND HEARING ON MOTION**

    *AND NOW,* this *The 25th of October, 2024*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 104 , by the Chapter 13 Trustee

    It is hereby **ORDERED, ADJUDGED and DECREED** that:

    (1)  **On or before December 9, 2024**, any **Response**, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

    (2)  This *Motion* is scheduled for hearing on **December 17, 2024 at 10:30 AM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____
John C. Melaragno, Judge
United States Bankruptcy Court

cm:  All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-10642-JCM
German P. Fernandez     Chapter 13
Theresa A. Fernandez
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 3
Date Rcvd: Oct 25, 2024     Form ID: 300b     Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | German P. Fernandez, Theresa A. Fernandez, 786 North Broad Street Extension, Grove City, PA 16127-4616 |
| 15076132 | + | AES / Grove City Area FCU, PO Box 2461, Harrisburg, PA 17105-2461 |
| 15088234 | + | BHS BMP Benbrook Gastroentero, 104 Technology Drive, Suite 202, Butler PA 16001-1801 |
| 15076135 | | Butler Anesthesia Associates, 500 Grant Street, East Butler, PA 16029 |
| 15076136 | + | Butler Memorial Hospital, PO Box 37171, Baltimore, MD 21297-3171 |
| 15117373 | + | Grove City Area FCU, P.O. Box 785, Grove City, PA 16127-0785 |
| 15076150 | + | Statebridge Company, 5680 Greenwood Plaza Boulevard, Greenwood Village, CO 80111-2414 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 26 2024 01:08:00 | AmeriCredit Financial Services, Inc., dba GM Finan, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + | Email/Text: RASEBN@raslg.com | Oct 26 2024 01:00:00 | Lakeview Loan Servicing, LLC, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2024 00:33:26 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15114915 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 26 2024 01:08:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 15076131 | + | Email/Text: bncnotifications@pheaa.org | Oct 26 2024 01:08:00 | Aes / Brazos / Us Bank, PO Box 61047, Harrisburg, PA 17106-1047 |
| 15076133 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 26 2024 00:59:00 | Ally Financial, 200 Renaissance Center, #B0, Detroit, MI 48243-1300 |
| 15076134 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 26 2024 00:59:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15103156 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Oct 26 2024 01:08:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15076137 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 26 2024 00:32:49 | Capital One Bank Usa NA, 15000 Capital One Drive, Richmond, VA 23238 |
| 15099526 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 26 2024 01:29:25 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15076138 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2024 00:55:20 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15076139 | + | Email/Text: bdsupport@creditmanagementcompany.com | | |

Case 19-10642-JCM    Doc 106    Filed 10/27/24    Entered 10/28/24 00:29:57    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 25, 2024 | Form ID: 300b | Total Noticed: 41 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Oct 26 2024 01:10:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15076140 | | Email/Text: mrdiscen@discover.com | Oct 26 2024 00:59:00 | Discover Financial Services LLC, Po Box 15316, Wilmington, DE 19850 |
| 15081203 | | Email/Text: mrdiscen@discover.com | Oct 26 2024 00:59:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15076141 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 26 2024 01:08:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15076142 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 26 2024 01:08:00 | Gm Financial, Po Box 1181145, Arlington, TX 76096 |
| 15076143 | + | Email/Text: nschultz@gcafcu.org | Oct 26 2024 01:00:00 | Grove City Area Federal Credit Union, 1 Credit Union Way, Grove City, PA 16127-1899 |
| 15076144 | | Email/Text: bankruptcy@kashable.com | Oct 26 2024 00:59:00 | Kashable LLC, 275 Madison Avenue, New York, NY 10016 |
| 15076145 | + | Email/Text: bankruptcynotices@keybridgemed.com | Oct 26 2024 01:10:00 | Key Bridge, 2348 Baton Rouge, Lima, OH 45805-1167 |
| 15101867 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2024 00:33:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15277888 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Oct 26 2024 01:08:00 | LoanCare, LLC, P.O Box 8068, Virginia Beach VA 23450-8068 |
| 15560266 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 26 2024 00:32:48 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15076146 | + | Email/Text: heather.mauro@northwest.com | Oct 26 2024 01:08:00 | Northwest Bank, Bankruptcy Specialist, PO Box 337, Warren, PA 16365-0337 |
| 15090547 | + | Email/PDF: cbp@omf.com | Oct 26 2024 00:33:10 | Onemain, PO Box 3251, Evansville, IN 47731-3251 |
| 15076147 | + | Email/PDF: cbp@omf.com | Oct 26 2024 01:18:58 | Onemain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15117237 | + | Email/Text: BKEBN-Notifications@ocwen.com | Oct 26 2024 01:00:00 | PLAZA HOME MORTGAGE, INC, PHH MORTGAGE CORPORATION, 1 MORTGAGE WAY, MAIL STOP SV-22, MT. LAUREL NJ 08054-4637 |
| 15115292 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2024 00:55:18 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15088235 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 26 2024 00:31:46 | PayPal Credit, PO Box 105658, Atlanta GA 30348-5658 |
| 15076148 | + | Email/Text: BKEBN-Notifications@ocwen.com | Oct 26 2024 01:00:00 | Phh Mortgage Services, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 15076149 | + | Email/Text: BKCourtNotices@yourmortgageonline.com | Oct 26 2024 01:08:00 | Plaza Home Mortgage / Dovenmu, 1 Corporate Drive, Lake Zurich, IL 60047-8944 |
| 15076151 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 26 2024 00:31:55 | Syncb / Care Credit, Po Box 965036, Orlando, FL 32896-5036 |
| 15076152 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 26 2024 00:32:48 | Syncb / Paypal Master Card, Po Box 965005, Orlando, FL 32896-5005 |
| 15076153 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 26 2024 00:32:21 | Syncb / TJMaxx, Po Box 965015, Orlando, FL 32896-5015 |
| 15076810 | ^ | MEBN | Oct 26 2024 00:08:03 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 34

Case 19-10642-JCM    Doc 106    Filed 10/27/24    Entered 10/28/24 00:29:57    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 25, 2024 | Form ID: 300b | Total Noticed: 41 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MidFirst Bank |
| cr | | Plaza Home Mortgage, INC |
| 15254133 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2024      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor MidFirst Bank blemon@kmllawgroup.com  lemondropper75@hotmail.com |
| Charles Griffin Wohlrab | on behalf of Creditor Lakeview Loan Servicing  LLC bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Daniel P. Foster | on behalf of Debtor German P. Fernandez dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Theresa A. Fernandez dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Lauren Berschler Karl | on behalf of Creditor Lakeview Loan Servicing  LLC lkarl@rascrane.com, lbkarl03@yahoo.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Plaza Home Mortgage  INC pawb@fedphe.com |
| William E. Craig | on behalf of Creditor AmeriCredit Financial Services  Inc., dba GM Financial wcraig@egalawfirm.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 9