**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | German P. Fernandez<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–2585<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Theresa A. Fernandez<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–1282<br>EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   19-10642-JCM

# Order of Discharge                                                                   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

German P. Fernandez                    Theresa A. Fernandez

12/10/24                               **By the court:** John C Melaragno
                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
German P. Fernandez  
Theresa A. Fernandez  
    Debtors

Case No. 19-10642-JCM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 4  
Date Rcvd: Dec 10, 2024      Form ID: 3180W      Total Noticed: 43

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | German P. Fernandez, Theresa A. Fernandez, 786 North Broad Street Extension, Grove City, PA 16127-4616 |
| 15076132 | + | AES / Grove City Area FCU, PO Box 2461, Harrisburg, PA 17105-2461 |
| 15088234 | + | BHS BMP Benbrook Gastroentero, 104 Technology Drive, Suite 202, Butler PA 16001-1801 |
| 15076135 | | Butler Anesthesia Associates, 500 Grant Street, East Butler, PA 16029 |
| 15076136 | + | Butler Memorial Hospital, PO Box 37171, Baltimore, MD 21297-3171 |
| 15117373 | + | Grove City Area FCU, P.O. Box 785, Grove City, PA 16127-0785 |
| 15076150 | + | Statebridge Company, 5680 Greenwood Plaza Boulevard, Greenwood Village, CO 80111-2414 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Dec 11 2024 04:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 11 2024 00:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Dec 11 2024 04:55:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 11 2024 00:05:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PHINAMERI.COM | Dec 11 2024 04:55:00 | AmeriCredit Financial Services, Inc., dba GM Finan, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + | Email/Text: RASEBN@raslg.com | Dec 11 2024 00:04:00 | Lakeview Loan Servicing, LLC, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | + | EDI: PRA.COM | Dec 11 2024 04:55:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15114915 | | EDI: PHINAMERI.COM | Dec 11 2024 04:55:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 15076131 | + | Email/Text: bncnotifications@pheaa.org | Dec 11 2024 00:04:00 | Aes / Brazos / Us Bank, PO Box 61047, Harrisburg, PA 17106-1047 |
| 15076133 | + | EDI: GMACFS.COM | Dec 11 2024 04:55:00 | Ally Financial, 200 Renaissance Center, #B0, |

Case 19-10642-JCM    Doc 110    Filed 12/12/24    Entered 12/13/24 00:33:03    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 10, 2024 | Form ID: 3180W | Total Noticed: 43 |

| Recipient ID | | Notice Type | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | | Detroit, MI 48243-1300 |
| 15076134 | + | EDI: BANKAMER | Dec 11 2024 04:55:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15103156 | + | EDI: BANKAMER2 | Dec 11 2024 04:55:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15076137 | | EDI: CAPITALONE.COM | Dec 11 2024 04:55:00 | Capital One Bank Usa NA, 15000 Capital One Drive, Richmond, VA 23238 |
| 15099526 | | EDI: CAPITALONE.COM | Dec 11 2024 04:55:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15076138 | + | EDI: CITICORP | Dec 11 2024 04:55:00 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15076139 | + | Email/Text: bdsupport@creditmanagementcompany.com | Dec 11 2024 00:06:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15076140 | | EDI: DISCOVER | Dec 11 2024 04:55:00 | Discover Financial Services LLC, Po Box 15316, Wilmington, DE 19850 |
| 15081203 | | EDI: DISCOVER | Dec 11 2024 04:55:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15076141 | + | EDI: PHINAMERI.COM | Dec 11 2024 04:55:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15076142 | | EDI: PHINAMERI.COM | Dec 11 2024 04:55:00 | Gm Financial, Po Box 1181145, Arlington, TX 76096 |
| 15076143 | + | Email/Text: nschultz@gcafcu.org | Dec 11 2024 00:04:00 | Grove City Area Federal Credit Union, 1 Credit Union Way, Grove City, PA 16127-1899 |
| 15076144 | | Email/Text: bankruptcy@kashable.com | Dec 11 2024 00:04:00 | Kashable LLC, 275 Madison Avenue, New York, NY 10016 |
| 15076145 | + | Email/Text: bankruptcynotices@keybridgemed.com | Dec 11 2024 00:06:00 | Key Bridge, 2348 Baton Rouge, Lima, OH 45805-1167 |
| 15101867 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 11 2024 00:08:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15277888 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Dec 11 2024 00:05:00 | LoanCare, LLC, P.O Box 8068, Virginia Beach VA 23450-8068 |
| 15560266 | + | EDI: AISMIDFIRST | Dec 11 2024 04:55:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15076146 | + | Email/Text: heather.mauro@northwest.com | Dec 11 2024 00:05:00 | Northwest Bank, Bankruptcy Specialist, PO Box 337, Warren, PA 16365-0337 |
| 15090547 | + | EDI: AGFINANCE.COM | Dec 11 2024 04:55:00 | Onemain, PO Box 3251, Evansville, IN 47731-3251 |
| 15076147 | + | EDI: AGFINANCE.COM | Dec 11 2024 04:55:00 | Onemain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15117237 | + | EDI: LCIPHHMRGT | Dec 11 2024 04:55:00 | PLAZA HOME MORTGAGE, INC, PHH MORTGAGE CORPORATION, 1 MORTGAGE WAY, MAIL STOP SV-22, MT. LAUREL NJ 08054-4637 |
| 15115292 | | EDI: PRA.COM | Dec 11 2024 04:55:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15088235 | + | EDI: SYNC | Dec 11 2024 04:55:00 | PayPal Credit, PO Box 105658, Atlanta GA 30348-5658 |
| 15076148 | + | EDI: LCIPHHMRGT | Dec 11 2024 04:55:00 | Phh Mortgage Services, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 15076149 | + | Email/Text: BKCourtNotices@yourmortgageonline.com | | |

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 10, 2024 | Form ID: 3180W | Total Noticed: 43 |

| | | | Dec 11 2024 00:04:00 | Plaza Home Mortgage / Dovenmu, 1 Corporate Drive, Lake Zurich, IL 60047-8944 |
|---|---|---|---|---|
| 15076151 | + | EDI: SYNC | Dec 11 2024 04:55:00 | Syncb / Care Credit, Po Box 965036, Orlando, FL 32896-5036 |
| 15076152 | + | EDI: SYNC | Dec 11 2024 04:55:00 | Syncb / Paypal Master Card, Po Box 965005, Orlando, FL 32896-5005 |
| 15076153 | + | EDI: SYNC | Dec 11 2024 04:55:00 | Syncb / TJMaxx, Po Box 965015, Orlando, FL 32896-5015 |
| 15076810 | ^ | MEBN | Dec 10 2024 23:59:51 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 38

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MidFirst Bank |
| cr | | Plaza Home Mortgage, INC |
| 15254133 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2024        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor MidFirst Bank blemon@kmllawgroup.com  lemondropper75@hotmail.com |
| Charles Griffin Wohlrab | on behalf of Creditor Lakeview Loan Servicing  LLC bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Daniel P. Foster | on behalf of Debtor German P. Fernandez dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Theresa A. Fernandez dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Lauren Berschler Karl | on behalf of Creditor Lakeview Loan Servicing  LLC lkarl@rascrane.com, lbkarl03@yahoo.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-1                      User: auto                      Page 4 of 4

Date Rcvd: Dec 10, 2024             Form ID: 3180W             Total Noticed: 43

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor Plaza Home Mortgage  INC pawb@fedphe.com

William E. Craig
    on behalf of Creditor AmeriCredit Financial Services  Inc., dba GM Financial wcraig@egalawfirm.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 9