# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
GERMAN P FERNANDEZ
THERESA A FERNANDEZ
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-10642

Chapter 13

Document No.: 104

## ORDER OF COURT

AND NOW, this __10th__ day of __December__, 20__24__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

SIGNED
12/10/24 10:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____
John C. Melaragno, Judge  jlm
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10642-JCM |
| German P. Fernandez | Chapter 13 |
| Theresa A. Fernandez | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Dec 10, 2024 | Form ID: pdf900 | Total Noticed: 41 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | German P. Fernandez, Theresa A. Fernandez, 786 North Broad Street Extension, Grove City, PA 16127-4616 |
| 15076132 | + | AES / Grove City Area FCU, PO Box 2461, Harrisburg, PA 17105-2461 |
| 15088234 | + | BHS BMP Benbrook Gastroentero, 104 Technology Drive, Suite 202, Butler PA 16001-1801 |
| 15076135 | | Butler Anesthesia Associates, 500 Grant Street, East Butler, PA 16029 |
| 15076136 | + | Butler Memorial Hospital, PO Box 37171, Baltimore, MD 21297-3171 |
| 15117373 | + | Grove City Area FCU, P.O. Box 785, Grove City, PA 16127-0785 |
| 15076150 | + | Statebridge Company, 5680 Greenwood Plaza Boulevard, Greenwood Village, CO 80111-2414 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 11 2024 00:05:00 | AmeriCredit Financial Services, Inc., dba GM Finan, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + | Email/Text: RASEBN@raslg.com | Dec 11 2024 00:04:00 | Lakeview Loan Servicing, LLC, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 11 2024 00:08:41 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15114915 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 11 2024 00:05:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 15076131 | + | Email/Text: bncnotifications@pheaa.org | Dec 11 2024 00:04:00 | Aes / Brazos / Us Bank, PO Box 61047, Harrisburg, PA 17106-1047 |
| 15076133 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 11 2024 00:04:00 | Ally Financial, 200 Renaissance Center, #B0, Detroit, MI 48243-1300 |
| 15076134 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 11 2024 00:04:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15103156 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Dec 11 2024 00:05:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15076137 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 11 2024 00:08:31 | Capital One Bank Usa NA, 15000 Capital One Drive, Richmond, VA 23238 |
| 15099526 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 11 2024 00:08:41 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15076138 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 11 2024 00:08:32 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15076139 | + | Email/Text: bdsupport@creditmanagementcompany.com | | |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 10, 2024 | Form ID: pdf900 | Total Noticed: 41 |

| | | Dec 11 2024 00:06:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
|---|---|---|---|
| 15076140 | Email/Text: mrdiscen@discover.com | Dec 11 2024 00:04:00 | Discover Financial Services LLC, Po Box 15316, Wilmington, DE 19850 |
| 15081203 | Email/Text: mrdiscen@discover.com | Dec 11 2024 00:04:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15076141 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 11 2024 00:05:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15076142 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 11 2024 00:05:00 | Gm Financial, Po Box 1181145, Arlington, TX 76096 |
| 15076143 | + Email/Text: nschultz@gcafcu.org | Dec 11 2024 00:04:00 | Grove City Area Federal Credit Union, 1 Credit Union Way, Grove City, PA 16127-1899 |
| 15076144 | Email/Text: bankruptcy@kashable.com | Dec 11 2024 00:04:00 | Kashable LLC, 275 Madison Avenue, New York, NY 10016 |
| 15076145 | + Email/Text: bankruptcynotices@keybridgemed.com | Dec 11 2024 00:06:00 | Key Bridge, 2348 Baton Rouge, Lima, OH 45805-1167 |
| 15101867 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 11 2024 00:08:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15277888 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Dec 11 2024 00:05:00 | LoanCare, LLC, P.O Box 8068, Virginia Beach VA 23450-8068 |
| 15560266 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 11 2024 00:08:32 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15076146 | + Email/Text: heather.mauro@northwest.com | Dec 11 2024 00:05:00 | Northwest Bank, Bankruptcy Specialist, PO Box 337, Warren, PA 16365-0337 |
| 15090547 | + Email/PDF: cbp@omf.com | Dec 11 2024 00:08:39 | Onemain, PO Box 3251, Evansville, IN 47731-3251 |
| 15076147 | + Email/PDF: cbp@omf.com | Dec 11 2024 00:08:39 | Onemain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15117237 | + Email/Text: BKEBN-Notifications@ocwen.com | Dec 11 2024 00:04:00 | PLAZA HOME MORTGAGE, INC, PHH MORTGAGE CORPORATION, 1 MORTGAGE WAY, MAIL STOP SV-22, MT. LAUREL NJ 08054-4637 |
| 15115292 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 11 2024 00:08:42 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15088235 | + Email/PDF: ais.sync.ebn@aisinfo.com | Dec 11 2024 00:08:47 | PayPal Credit, PO Box 105658, Atlanta GA 30348-5658 |
| 15076148 | + Email/Text: BKEBN-Notifications@ocwen.com | Dec 11 2024 00:04:00 | Phh Mortgage Services, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 15076149 | + Email/Text: BKCourtNotices@yourmortgageonline.com | Dec 11 2024 00:04:00 | Plaza Home Mortgage / Dovenmu, 1 Corporate Drive, Lake Zurich, IL 60047-8944 |
| 15076151 | + Email/PDF: ais.sync.ebn@aisinfo.com | Dec 11 2024 00:08:31 | Syncb / Care Credit, Po Box 965036, Orlando, FL 32896-5036 |
| 15076152 | + Email/PDF: ais.sync.ebn@aisinfo.com | Dec 11 2024 00:08:53 | Syncb / Paypal Master Card, Po Box 965005, Orlando, FL 32896-5005 |
| 15076153 | + Email/PDF: ais.sync.ebn@aisinfo.com | Dec 11 2024 00:08:49 | Syncb / TJMaxx, Po Box 965015, Orlando, FL 32896-5015 |
| 15076810 | ^ MEBN | Dec 10 2024 23:59:52 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 34

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 3 |
| Date Rcvd: Dec 10, 2024 | Form ID: pdf900 | Total Noticed: 41 |

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MidFirst Bank |
| cr | | Plaza Home Mortgage, INC |
| 15254133 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2024         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2024 at the address(es) listed below:

**Name** — **Email Address**

Brent J. Lemon
  on behalf of Creditor MidFirst Bank blemon@kmllawgroup.com  lemondropper75@hotmail.com

Charles Griffin Wohlrab
  on behalf of Creditor Lakeview Loan Servicing  LLC bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com

Daniel P. Foster
  on behalf of Debtor German P. Fernandez dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
  on behalf of Joint Debtor Theresa A. Fernandez dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Lauren Berschler Karl
  on behalf of Creditor Lakeview Loan Servicing  LLC lkarl@rascrane.com, lbkarl03@yahoo.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
  cmecf@chapter13trusteewdpa.com

Thomas Song
  on behalf of Creditor Plaza Home Mortgage  INC pawb@fedphe.com

William E. Craig
  on behalf of Creditor AmeriCredit Financial Services  Inc., dba GM Financial wcraig@egalawfirm.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 9